No. 8672. FERN AIKEN, Plaintiff and Respondent, v. ROBERT AIKEN, Defendant & Appellant.

On motion relative to notice of appeals dated March 8, 1945 and November 26, 1945, and pursuant to Motion, IT IS HEREBY ORDERED that the above entitled appeal be dismissed. Carl Lindquist, Chief Justice, C. F. Morris, Hugh R. Adair, Albert H. Angstman, Edwin K. Cheadle, Associate Justices.

Done this 15th day of June, 1946.

Attorney for Appellant: *John W. Coburn,* Cut Bank.

Attorneys for Respondent: *Swanberg & Swanberg,* Great Falls.

No. 8671. MARGARET DOTSON, Plaintiff and Appellant, v. JOHN WILLIAM DOTSON, also known as JOHN W. DOTSON, Defendant & Respondent.

## ORDER

Pursuant to praecipe of dismissal, IT IS HEREBY ORDERED that the appeal be and the same is hereby dismissed. Carl Lindquist, Chief Justice, C. F. Morris, Hugh R. Adair, Albert H. Angstman, Edwin K. Cheadle, Associate Justices.

Done this 10th day of September, 1946.

Attorneys for Appellant: *W. E. Keeley,* Deer Lodge; *Maurice J. MacCormick,* Deer Lodge.

Attorney for Respondent: *S. P. Wilson,* Deer Lodge.